ORIGINAL

FILED
07 JUL 11 AM 9:12
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE GORDON THOMPSON, JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RANDY JOE PERRY, ) <br> ) <br> Defendant. ) | Case No. 06-cr-0506-GT <br><br> ORDER TO CONTINUE <br> SENTENCING HEARING DATE |

GOOD CAUSE APPEARING, it is hereby ordered that the Sentencing Hearing be continued to September 14, 2007 at 9:00 a.m.

DATED: July 10, 2007

[signature]
HONORABLE GORDON THOMPSON, JR.
United States District Court Judge